# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT
_____

ANTILLAS GROUP, INC., a Florida
for profit corporation,

Appellant,

v.

EQUITY TRUST COMPANY,  Custodian,
F.B.O. Leonard H, Marks, IRA, and,
2715 West Sligh, LLC,

Appellees.


No. 2D2025-2284
_____

June 17, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; Laura E. Ward, Judge.

Victor L. Zamora, Jr., of VISA Law, PLLC, Tampa, for Appellant.

Ivan Dimitrov Ivanov, Tampa, for Appellee Equity Trust Company,
Custodian, F.B.O. Leonard H Marks, IRA.

Scott W. Fitzpatrick, Ruskin, for Appellee 2715 West Sligh, LLC..

PER CURIAM.

     Affirmed.


LUCAS, C.J., and VILLANTI and GUARD, JJ., Concur.
_____

Opinion subject to revision prior to official publication.